DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. SMITH

No. 32PA84.

Case below: 65 N.C. App. 684.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 6 March 1984.

STATE v. SNYDER

No. 76PA84.

Case below: 66 N.C. App. 191.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 23 February 1984.

STATE v. TAYLOR

No. 500PA83.

Case below: 64 N.C. App. 165.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 6 March 1984.

STATE v. WILLIAMS

No. 11P84.

Case below: 65 N.C. App. 373.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 March 1984.

STILLINGS v. CITY OF WINSTON-SALEM

No. 488PA83.

Case below: 63 N.C. App. 618.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 6 March 1984. Motion by plaintiffs to dismiss appeal for lack of substantial constitutional question denied 6 March 1984.